791 A.2d 218

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
MICHAEL MERCADO, DEFENDANT–PETITIONER.

January 24, 2002.

Petition for certification is granted, and the matter is summarily remanded to the Trial Court for reconsideration in the light of *State v. Baylass,* 114 *N.J.* 169, 178, 553 *A.*2d 326 (1989).